Form 8
(10/05)

# United States Bankruptcy Court
## District of Colorado

In re: WILLIAM R ANDERSON
JENNIFER L ANDERSON
Debtor(s)

Case No. _____
Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 2006 MAZDA BSPORT 6 | MAZDA AMERICAN CREDIT | X | | | |
| 2005 FORD F-250 P/U TRUCK | AMERICREDIT | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  9-27-08     Signature  /s/ William R Anderson
                             WILLIAM R ANDERSON
                             Debtor

Date  9-27-08     Signature  /s/ Jennifer L Anderson
                             JENNIFER L ANDERSON
                             Joint Debtor