**Local Bankruptcy Form 102.1, Statement**

## United States Bankruptcy Court
### District of Colorado

In re   WILLIAM R ANDERSON
        JENNIFER L ANDERSON                                            Case No. _____

                                        Debtor(s)                      Chapter   7

### Attorney Fee Disclosure Statement

The undersigned as attorney for the debtor(s) herein makes the following statements pursuant to 11 U.S.C. § 329:

1. The total fee to be charged in this matter (not including filing fees) is $ **800.00** , of which $ **800.00** has been paid leaving a balance of $ **0.00** due.

2. The source of the compensation so paid or promised is __**Debtor(s)**__ .

3. I have not shared or agreed to share such compensation with any person, other than the members or regular associates of my law firm except **NONE**.

4. The particulars of such sharing or agreement to share are __.

5. I hereby apply for the award of the fees set forth herein.

Dated:   9/21/08                                   _____
                                                   Thomas E. Kelley
                                                   Signature of Attorney for Debtor(s)