IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

| IN RE: | William R. Anderson | § | Case Number: | 08-25446-HRT-7 |
| | Jennifer L Anderson | § | | |
| | Debtor(s) | § | Chapter: | 7 |

### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010

PLEASE TAKE NOTICE THAT AmeriCredit Financial Services hereby gives notice as follows: Pursuant to Bankruptcy Rule 2002 and 9010, Ascension Capital Group, Inc. hereby requests that:

(i)     all notices given or required to be given in the case; and

(ii)     all pleadings and correspondence served or required to be served in this case,

regarding AmeriCredit Financial Services should be directed to Ascension Capital Group, Inc. at the following mailing address effective immediately:

Ascension Capital Group, Inc.
Attn:  AmeriCredit Financial Services Department
Account:  XXXXXXXXXXX5367
P.O. Box 201347
Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ S. Blair Korschun
S. Blair Korschun
Bankruptcy Servicer for AmeriCredit Financial Services
Ascension Capital Group, Inc.
P.O. Box 201347
Arlington, TX 76006
(817) 277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 376946

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below or attached hereto via First Class, U.S. Mail, postage prepaid (unless otherwise indicated) on this 17th day of October, 2008.

/s/ S. Blair Korschun
S. Blair Korschun

| Trustee: | Company: | Attorney for Debtor: |
| Janice A Steinle | AmeriCredit Financial Services | Thomas E Kelley |
| Trustee of the U.S. Bankruptcy Court | 4000 Embarcadero Drive | Attorney at Law |
| 9249 S. Broadway, Suite 200, PMB 505 | Arlington, TX 76014 | P. O. Box 107 |
| Highlands Ranch, CO 80129 | | Winter Park, CO 80482 |

US Trustee:
William T Neary
Trustee of the U.S. Bankruptcy Court
999 18th Street, Ste. 1551
Denver, CO 80202