UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-25446-HRT |
| JENNIFER L. ANDERSON | ) | Chapter 7 |
| SSN: xxx-xx-1893 | ) | |
| Debtor, and | ) | |
| | ) | |
| WILLIAM R. ANDERSON | ) | |
| SSN: xxx-xx-2173 | ) | |
| Debtor | ) | |
| | ) | |
| CAB WEST LLC | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. ANDERSON | ) | |
| Debtor, | ) | |
| | ) | |
| WILLIAM R. ANDERSON | ) | |
| Debtor, and | ) | |
| | ) | |
| JANICE A. STEINLE | ) | |
| Chapter 7 Trustee | ) | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

CAB WEST LLC ("Movant"), by and through its undersigned counsel, hereby moves this Court for relief from the automatic stay in order to take possession of, foreclose on, and to otherwise exercise its rights as a secured creditor with regard to the subject vehicle described below, and in support of its motion, Movant states as follows:

1.  The Debtors, William R. Anderson and Jennifer L. Anderson ("Debtors"), assumed the lease obligations for a vehicle in which the Movant claims a valid security interest, described as follows:

2006 MAZDA MAZDA6 (JM1GG12L461103691) (the "Vehicle").

2.  Pursuant to a Colorado Motor Vehicle Lease Agreement ("Lease") dated May 8, 2006, a copy of which is attached as Exhibit "A," Debtors assumed certain payment obligations due and owing to Movant based on the Lease value of $38,583.50 and a residual value of $12,564.20.

3.  Movant's security interest in the Vehicle is duly recorded on the Colorado Certificate of Title, a copy of which is attached hereto as Exhibit "B."

4.  Debtors filed this Bankruptcy on or about October 2, 2008. Currently, the payoff on the Lease totals $23,597.54. The Debtors are in default in the performance and conditions of the Lease in the approximate amount of $1,333.40, in missed payments and late charges, plus accruing interest. Movant is lawfully entitled to take possession of the Vehicle under Colorado Revised Statute Section 4-9-609.

5.  Movant has no evidence that Debtors have maintained insurance on the Vehicle. Further, the value of the Vehicle is being eroded by the expenses set forth above. Movant does not have adequate protection with respect to its interest in the Vehicle.

6.  The N.A.D.A. trade-in value of the Vehicle is no more than $14,075.00. This is a lease contract and therefore, the Debtors have no equity in the Vehicle. Further, the Vehicle is not necessary for an effective reorganization. Additionally, the Debtors' Chapter 7 Debtor's Statement of Intention indicates the Debtors are surrendering the Vehicle.

7.  To the best of Movant's information and belief, Debtors are not on active duty as to all branches of the military. Please see Affidavit Pursuant to the Servicemembers Civil Relief Act of 2003, attached hereto as Exhibit "C."

8.  Movant is entitled to relief from stay pursuant to 11 U.S.C. Section 362(d).

WHEREFORE, Movant requests entry of an Order granting relief from the automatic stay provided in 11 U.S.C. Section 362, to permit Movant to take possession of, foreclose on, and to otherwise exercise its rights as a secured creditor with regard to the Vehicle, and for such further relief as the Court deems proper.

Respectfully submitted this 24th day of October, 2008.

/s/ Elizabeth M. Keenen

Elizabeth M. Keenen, #32995
Keenen Law, L.L.C.
3773 Cherry Creek North Drive
Suite 575
Denver, Colorado 80209
720-350-4876

# Motor Vehicle Lease Agreement

**COLORADO**
1-800-945-6000
Lease Date: 05/08/2006

**MAZDA** — Mazda American Credit.

**Lessee (and Co-Lessee) - Name and Address (including County):**
WILLIAM R ANDERSON   JENNIFER L ANDERSON
201 NEVAVA   HOT SULPHUR SPRING CO 80451   GRAND

**MAILING ADDRESS:** PO BOX 593 Granby CO 80446

**Lessor - Name and Address:**
MAZDA OF LAKEWOOD
7999 W COLFAX AVE   LAKEWOOD CO 80214

MAY 25 2006

"Mazda Credit" is Mazda American Credit. The "Holder" is CAB WEST LLC and its assigns. By signing "You" (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease.

| New/Used/Demo | Mileage at Delivery | Year/Make/Model | GVW if Truck (lbs.) | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|---|
| NEW | — | 2006 MAZDA 20 MAZDA 6 | | JM1GG12L461103691  N/A | personal |

### Amount Due At Lease Signing or Delivery (Itemized Below)*
$ 6649.47

### Monthly Payments
Your first monthly payment of $ 659.68 is due on 05/08/2006, followed by 47 payments of $ 659.68 due on the 12th day of each month. The total of Your monthly payments is $ 31664.64

### Other Charges (not part of Your monthly payment)
Disposition fee (if You do not purchase the Vehicle) N/A
N/A
N/A
Total $ N/A

### Total of Payments
(The amount You will have paid by the end of the lease)
$ 37654.43

---

**\* Itemization of Amount Due at Lease Signing or Delivery**

| | Amount | How the Amount Due At Lease Signing or Delivery will be paid: | |
|---|---|---|---|
| Capitalized cost reduction | $ 5820.98 | Net trade-in allowance | $ N/A |
| First monthly payment | 659.68 | Rebates and noncash credits | 2000.00 |
| Refundable security deposit | N/A | Amount to be paid in cash | 4649.47 |
| Title fees | N/A | N/A | N/A |
| Registration fees | N/A | | |
| N/A | N/A | | |
| N/A | N/A | | |
| TAX ON CAP RED | 168.81 | | |
| N/A | N/A | | |
| **Total** $ | **6649.47** | **Total** $ | **6649.47** |

---

**Your monthly payment is determined as shown below:**

Gross capitalized cost. The agreed upon value of the Vehicle ($ 36995.00) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (Itemized below)** ........ $ 38583.50

Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost ........ − 5820.98

Adjusted capitalized cost. The amount used in calculating Your base monthly payment ........ = 32762.52

Residual value. The value of the Vehicle at the end of the lease used in calculating Your base monthly payment ........ − 12564.20

Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term ........ = 20198.32

Rent charge. The amount charged in addition to the depreciation and any amortized amounts ........ + 10574.00

Total of base monthly payments. The depreciation and any amortized amounts plus the rent charge ........ = 30772.32

Lease payments. The number of payments in Your lease ........ ÷ 48

Base monthly payment ........ = 641.09

Monthly sales / use tax ........ + 18.59

N/A ........ + N/A

N/A ........ + N/A

Total monthly payment ........ $ 659.68

Lease term in months ........ 48

---

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

**Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor 15 cents per mile for each mile in excess of 48020 miles shown on the odometer. See Items 3 and 7 on back for additional excess wear and use terms.

**Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of N/A cents per unused mile for the number of unused miles between N/A - 48020 and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed, if You terminate Your lease early, exercise any purchase option, are in default or the credit is less than $1.00.

**Purchase Option at End of Lease Term.** $ 12564.20 plus official fees and taxes is Your lease end purchase option price. You have the option to purchase the Vehicle from Lessor in cash for the purchase option price at the end of the lease term if You are not in default.

**Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

---

**WARRANTY** The Vehicle is covered by any warranty, extended warranty or service contract indicated below:

☒ Standard new Vehicle warranty provided by the manufacturer or distributor of the Vehicle.

☐ _____ 0

If the Vehicle is of a type normally used for personal use and the Lessor, or the Vehicle's manufacturer, extends a written warranty or service contract covering the Vehicle within 90 days from the date of this lease, You get implied warranties of merchantability and fitness for a particular purpose covering the Vehicle. Otherwise, You understand and agree that there are no such implied warranties, except as otherwise required by state law.

**MAZDA** — Mazda American Credit.   annually

**OFFICIAL FEES AND TAXES** $ 1139.13
The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed.

**LESSOR SERVICES** N/A
(See Item 2 on back) N/A

**LATE PAYMENTS** You will pay a late charge of $15.00 on each scheduled payment that is not received within 10 days after it is due.

---

**\*\* Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Lessor Services | |
|---|---|---|---|---|---|---|
| $ 36995.00 | +$ N/A | +$ N/A | +$ 19.50 | +$ 675.00 | +$ N/A | |
| Acquisition Fee | Documentation Fee | N/A | N/A | N/A | Total Gross Capitalized Cost | |
| +$ 595.00 | +$ 299.00 | +$ N/A | +$ N/A | +$ N/A | =$ 38583.50 | |

---

**SIGNATURES AND IMPORTANT NOTICES**

**Modification:** This lease sets forth all of the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Mazda Credit.

Lessee: WILLIAM R ANDERSON   By: X /s/ William R A   Title: ____

Co-Lessee: JENNIFER L ANDERSON   By: X /s/ Jennifer Anderson   Title: ____

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

**NOTICE:** (1) Do not sign this lease before You read it or if it has any blank space to be filled in. (2) You have the right to get a filled-in copy of this lease. You state that You have been given a filled-in copy of this lease at the time You sign it and notice of an assignment of this lease by the Lessor to Holder.

Lessee: WILLIAM R ANDERSON   By: X /s/ William R A   Title: ____

Co-Lessee: JENNIFER L ANDERSON   By: X /s/ Jennifer Anderson   Title: ____

Lessor is hereby notified that Holder has assigned to "Intermediary," as defined in the Mazda Credit Lease Assignment, its rights (but not its obligations) with respect to the purchase of this Vehicle and the sale of this Vehicle at lease termination.

Lessor accepts this lease and assigns it to Holder under the terms of the Mazda Credit Finance Plan for Dealers agreement between Lessor and Holder, unless otherwise indicated here: _____

Lessor: MAZDA OF LAKEWOOD   By: X /s/   Title: Bus Mgr

MC 18760-P Aug 02 (Previous editions may NOT be used.)
CO

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION**

ORIGINAL

A

0413-1619-2306

PERF ALL PARTS   SCREEN AREAS 5%                                                    SCREEN BACK 50%

## VEHICLE MAINTENANCE, INSURANCE AND USE

1. **VEHICLE USE AND SUBLEASING** You will not use, or permit others to use the Vehicle (a) in violation of any law, (b) contrary to the provisions of any insurance policies covering the Vehicle, (c) outside the state where first titled or registered for more than 30 days without Mazda Credit's written consent, (d) outside the United States, except for less than 30 days in Canada or (e) as a private or public carrier. You will keep this lease and Vehicle free of all liens and encumbrances. **You will not assign or sublease any interest in the Vehicle or lease without Mazda Credit's written consent.**

2. **VEHICLE MAINTENANCE AND OPERATING COSTS** Proper Vehicle maintenance is Your responsibility. You must maintain and service the Vehicle at Your own expense, using materials that meet the manufacturer's specifications. This includes following the owner's manual and maintenance schedule, documenting maintenance performed, and making all needed repairs. You are also responsible for all operating costs such as gas and oil. Lessor will provide the service(s), if any, identified in the Lessor Services section under the terms of a separate agreement. The manufacturer will invalidate warranty coverage on parts affected by a failure to maintain the Vehicle as required by the manufacturer. (See Lessor Services on the front of lease.)

3. **DAMAGE REPAIR** You are responsible for repairs of **All Damage** which are not a result of normal wear and use. These repairs include, but are not limited to, those necessary to return the Vehicle to its pre-accident condition, including repairs to **Exterior Sheet Metal and Plastic Components,** and to **Vehicle Safety Systems,** including air bag, seat belt and bumper system components. Replacement of Sheet Metal must be made with Original Equipment Manufacturer Sheet Metal. All other repairs must be made with Original Equipment Manufacturer parts or those of equal quality. Discuss this requirement with Your insurance company prior to signing a collision repair estimate or before authorizing any collision repair work.
If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle.

4. **VEHICLE INSURANCE** You must insure the Vehicle during this lease. This insurance must be acceptable to Mazda Credit and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of **$1,000;** and (b) collision and upset insurance with a maximum deductible of **$1,000;** and (c) automobile liability insurance with minimum limits for bodily injury or death of **$25,000** for any one person and **$50,000** for any one accident, and **$15,000** for property damage. If the state in which You title/register the Vehicle establishes or changes the minimum automobile liability insurance limits greater than those listed above for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by the state. These amounts may not be sufficient to cover all Your liabilities. **You may wish to consult Your insurance advisor about obtaining additional coverage.** You will list the loss payee and additional insured as requested by Lessor. You must give Mazda Credit evidence of this insurance.
You authorize Mazda Credit, on Your behalf, to receive and endorse checks or drafts, and settle or release any claim under the insurance related to Holder's ownership of the Vehicle. You also assign to Holder any other insurance proceeds related to this lease or Holder's interest in the Vehicle.
If You or Mazda Credit obtain a refund for amounts paid to third parties for insurance, service contracts, or any other amount paid to a third party included in the Gross Capitalized Cost of this lease, You must pay to the Holder the entire amount of the refund and You authorize the Holder to subtract the refund from the amount You owe under this lease.
If you title/register the Vehicle in, or change the garage location of the Vehicle to a state where Mazda Credit has established minimum automobile liability insurance limits greater than those listed above for bodily injury or death and property damage insurance, You must insure the Vehicle and the Holder at the higher minimum limits established by Mazda Credit.

**LESSOR IS NOT PROVIDING VEHICLE INSURANCE OR LIABILITY INSURANCE**

## ENDING YOUR LEASE

5. **TERMINATION** This lease will terminate (end) upon (a) the end of the term of this lease, (b) the return of the Vehicle to Lessor, and (c) the payment by You of all amounts owed under this lease. Mazda Credit may cancel this lease if You default.

6. **RETURN OF VEHICLE** If You do not buy the Vehicle, at lease end You must return it to Lessor unless Mazda Credit specifies another place. If You fail to return the Vehicle, You must continue to pay the monthly payments **plus** other damages to Mazda Credit, including amounts payable under default. Payment of these amounts will not allow You to keep the Vehicle.

7. **STANDARDS FOR EXCESS WEAR AND USE** You are responsible for all repairs to the Vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) **Tires** which are unmatched, unsafe or have less than **1/8** inch of remaining tread in any place; (b) **Electrical or Mechanical** defects or malfunctions; (c) **Glass, Paint, Body Panels, Trim and Grill Work** that are broken, mismatched, chipped, scratched, pitted, cracked, or if applicable, dented or rusted; (d) **Interior** rips, stains, burns or worn areas; and (e) **All Damage** which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of Sheet Metal must be made with Original Equipment Manufacturer Sheet Metal. All other repairs must be made with Original Equipment Manufacturer parts or those of equal quality. Your use or repair of the Vehicle must not invalidate any warranty.
If You have not had the repairs made before the Vehicle is returned at the scheduled end of this lease, You will pay the estimated costs of such repairs, even if the repairs are not made prior to Holder's sale of the Vehicle.

8. **ODOMETER STATEMENT** Federal law requires You to complete a statement of the Vehicle's mileage at the end of this lease.

9. **VOLUNTARY EARLY TERMINATION AND RETURN THE VEHICLE** You may terminate this lease early, if You are not in default, by returning the Vehicle to Lessor and paying the following: (a) an early termination fee of **$200, plus** (b) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the Vehicle's Fair Market Wholesale Value, **plus** (c) all other amounts then due under this lease. You will never pay more than the sum of the remaining unpaid lease payments, plus any excess wear and use and mileage charges, and all other amounts then due under this lease.

**VOLUNTARY EARLY TERMINATION AND PURCHASE THE VEHICLE** You may purchase the Vehicle from Lessor at any time for the sum of the remaining Base monthly payments, less any unearned Rent charges, plus the purchase option price, an early purchase option fee of $200 and all other amounts then due under this lease. To exercise this option, please call 1-800-945-6000.
*Unpaid Adjusted Capitalized Cost* is reduced on each payment due date. It is calculated by reducing the Adjusted Capitalized Cost each month by the difference between the Base Monthly Payment and the part of the Rent Charges earned in that month on an **actuarial basis**. Rent charges are earned when due. Lessor or Mazda Credit will provide You with a written explanation of the actuarial method upon Your request.
*Fair Market Wholesale Value,* at Your option, will be: (a) an amount agreed to by You and the Lessor, or (b) the value which could be realized at the wholesale sale of the Vehicle, as determined by a professional appraisal obtained by You at Your expense within **10** days from termination from an independent third party agreeable to Mazda Credit, or (c) if not established by agreement or appraisal, the net amount received by Mazda Credit upon the sale of the Vehicle at wholesale.

## DEFAULT AND LOSS OF VEHICLE

10. **DEFAULT** You will be in default if (a) You fail to make any payment when due, or (b) a bankruptcy petition is filed by or against You, or (c) any governmental authority seizes the Vehicle and does not promptly and unconditionally release the Vehicle to You, or (d) You have provided false or misleading material information when applying for this lease, or (e) You fail to keep any other agreement in this lease.
If You are in default, Mazda Credit may cancel this lease, take back the Vehicle and sell it at a public or private sale. You also give Mazda Credit the right to go on Your property to peacefully retake the Vehicle. Even if Mazda Credit retakes the Vehicle, You must still pay at once: (a) the difference, if any, between the Unpaid Adjusted Capitalized Cost and the value which could be realized at the sale of the Vehicle, **plus** (b) all other amounts then due under this lease. The value which could be realized at the sale of the Vehicle at Your option will be: (a) the amount received by Mazda Credit upon the sale of the Vehicle at wholesale, or (b) as determined by a professional appraisal obtained by You at Your expense within 10 days from default, from an independent third party agreeable to Mazda Credit. You must also pay all expenses, including reasonable attorney's fees, payable by Mazda Credit to obtain, hold and sell the Vehicle, collect amounts due and enforce Holder's rights under this lease. You authorize Mazda Credit to cancel Your insurance and apply any proceeds to Your obligation.

11. **LOSS OR DESTRUCTION OF VEHICLE** If the Vehicle is stolen or destroyed, You will pay to Mazda Credit: (a) the Unpaid Adjusted Capitalized Cost, **plus** (b) all other amounts then due under this lease, **minus** (c) any insurance proceeds received by Mazda Credit. Gap Waiver: If You had in effect the insurance required under this lease and Mazda Credit receives the full proceeds, You will pay to Mazda Credit: (a) any past due monthly lease payments, **plus** (b) the amount of the applicable insurance deductible, **plus** (c) all other amounts then due under this lease. Even if the Vehicle is insured, until Mazda Credit receives the appropriate amount above, You are responsible for the scheduled monthly payments.

## ADDITIONAL INFORMATION

12. **ASSIGNMENT AND ADMINISTRATION** When You and Lessor sign this lease, Lessor will assign it to Holder. Mazda Credit or a substitute will administer this lease. You must then pay all amounts due under this lease to Mazda Credit.
If Mazda Credit is not the Holder of this lease, Holder has appointed Mazda Credit as its agent. As agent for Holder, Mazda Credit has the power to act on Holder's behalf to administer, enforce, and defend this lease. If Lessor has agreed to repair or maintain the Vehicle, obtain any insurance or perform any other service, You will look only to the Lessor for these services.

13. **TAXES** You will promptly pay all fees, charges, and taxes relating to the lease or Vehicle (except for Lessor's or Holder's income taxes). You will pay these amounts even if they are assessed after lease end.

14. **TITLING** The Vehicle will be titled in the name of Holder. You will register the Vehicle as directed by Mazda Credit. You will pay all license, title and registration costs.

15. **INDEMNITY** You will indemnify and hold harmless Lessor, Mazda Credit and Holder and their assigns from any loss or damage to the Vehicle and its contents and from all claims, losses, injuries, expenses and costs related to the use, maintenance, or condition of the Vehicle. You will promptly pay all fines and tickets imposed on the Vehicle or its driver. If You do not pay, You will reimburse Mazda Credit and pay a **$20** administration fee, unless prohibited by law, for every such fine, ticket, or penalty that must be paid on Your behalf.

16. **SECURITY DEPOSIT** Your security deposit may be used by Mazda Credit to pay all amounts that You fail to pay under this lease. You will not receive any interest, profits or other earnings on Your security deposit(s).

17. **CONSUMER REPORTS** You authorize Mazda Credit and Holder to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this lease.

18. **GENERAL** Except as otherwise provided by the law of the state where You reside, the law that will apply to this lease is the law of the state where the Lessor's place of business is, as set forth on the front of the lease. If that law does not allow any of the agreements in this lease, the ones that are not allowed will be void. The rest of this lease will still be good.

## READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
## ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Lessor ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Such Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this clause, or arbitrability of any issue; 3) Claims between you and us, our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:
- RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY
- RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION
- BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT
- RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR
- OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT

**Rights You And We Do Not Give Up:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the ownership interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision; and 4) Right to request that a court of law review whether the arbitrator exceeded its authority.

Either Party must contact any association below and the other Party to start arbitration. The applicable rules (the "Rules") may be obtained from the association.
- American Arbitration Association ("AAA"), at 1-800-778-7879, or www.adr.org;
- J.A.M.S./Endispute, at 1-800-448-1660, or www.jamsadr.com;
- National Arbitration Forum, at 1-800-474-2371, or www.arb-forum.com.

If there is a conflict between the Rules and this contract, this contract shall govern. This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and the Federal Rules of Evidence. The arbitration decision shall be in writing with a supporting opinion. We will pay your total reasonable arbitration fees and expenses (not including attorney fees, except where applicable law otherwise provides) in excess of $125. We will pay the whole filing fee if we demand arbitration first. Any portion of this arbitration clause that is unenforceable shall be severed, and the remaining provisions shall be enforced.

MC 18760-P Aug 02 (Previous editions may NOT be used.)
CO

**NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION**

**DO NOT ACCEPT WITHOUT VERIFYING EA**

STATE OF COLORADO
**CERTIFICATE OF TITLE**
****MOTOR VEHICLE****

TITLE NUMBER: 53E179409

VIN: JM1GG12L461103691
YEAR: 2006
MAKE: MAX
MODEL: 
BODY: SD
ODOMETER: 20   A

ODOMETER LEGEND:
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage; WARNING ODOMETER DISCREPANCY

MAIL TO:
HTD LEASING LLC
P O BOX 105704
ATLANTA   GA   30348-5704

CWT/CAP/SIZE: 31
PREVIOUS TITLE: MSO
FUEL: G
DATE PURCHASED: 05/08/2006
DATE ACCEPTED: 06/02/2006
DATE ISSUED: 06/02/2006

OWNER: CAB WEST LLC

FIRST LIENHOLDER:
HTD LEASING LLC
P O BOX 105704
ATLANTA   GA 30348-5704

DATE FILED: 06/02/2006
FILE NUMBER: 530065557
AMOUNT OF LIEN: 32,762.52
LIEN EXTENDED TO:
COUNTY:
MATURITY DATE: 06/02/2014

Signature below certifies under penalty of perjury in the second degree the release of the first lienholder's interest in the vehicle.
Lienholder's Name: _____
Authorized Agent's Signature   Date

SECOND LIENHOLDER:
DATE FILED:
FILE NUMBER:
AMOUNT OF LIEN:
LIEN EXTENDED TO:
COUNTY:
MATURITY DATE:

THIRD LIENHOLDER:
DATE FILED:
FILE NUMBER:
AMOUNT OF LIEN:
LIEN EXTENDED TO:
COUNTY:
MATURITY DATE:

FOURTH LIENHOLDER:
DATE FILED:
FILE NUMBER:
AMOUNT OF LIEN:
LIEN EXTENDED TO:
COUNTY:
MATURITY DATE:

R01

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED, SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE
M. MICHAEL COOKE
DATE DUPLICATE ISSUED

H0743185
DR-2001 (2/05)

KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**VOID IF ALTERED**

B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JENNIFER L. ANDERSON<br>SSN: xxx-xx-1893<br>Debtor, and<br><br>WILLIAM R. ANDERSON<br>SSN: xxx-xx-2173<br>Debtor<br><br>CAB WEST LLC<br>Movant<br>v.<br><br>JENNIFER L. ANDERSON<br>Debtor,<br><br>WILLIAM R. ANDERSON<br>Debtor, and<br><br>JANICE A. STEINLE<br>Chapter 7 Trustee | Case No. 08-25446-HRT<br>Chapter 7 |

## AFFIDAVIT PURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I, Elizabeth M. Keenen, being of lawful age, first duly sworn, hereby state as follows:

I am over the age of 18 and am a member of Keenen Law, L.L.C.

On October 23, 2008, I, Elizabeth M. Keenen, performed a search on the Department of Defense Manpower Data Center. Upon searching the information data banks of the records of active military personnel, the Department of Defense does not possess any information indicating that the Debtors, William R. Anderson and Jennifer L. Anderson, are currently on active duty as to all branches of the military. See Exhibits C-1 and C-2.

Dated this 23 day of October, 2008.

Elizabeth M. Keenen

C

STATE OF COLORADO )
)
CITY AND COUNTY OF DENVER )

    BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, on this day personally appeared Elizabeth M. Keenen, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the same was her act.

    Given under my hand and seal of office, this 23rd day of October, 2008.

Witness my hand and seal.

                                          Notary Public

NATHAN JANSCH
Notary Public
State of Colorado
My Commission Expires October 11, 2010

My commission expires  10/11/10 .

Request for Military Status

Page 1 of 1

Department of Defense Manpower Data Center

OCT-23-2008 08:45:15



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| ANDERSON | WILLIAM R. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

Report ID: **BJZGVZEXPKP**

c-1

https://www.dmdc.osd.mil/scra/owa/scra.prc_Select

10/23/2008

Department of Defense Manpower Data Center

OCT-23-2008 08:45:57



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| ANDERSON | JENNIFER L. | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

Report ID:**BJUDKQECLBC**

C-2

https://www.dmdc.osd.mil/scra/owa/scra.prc_Select                                                10/23/2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-25446-HRT |
| JENNIFER L. ANDERSON | ) | Chapter 7 |
| SSN: xxx-xx-1893 | ) | |
| Debtor, and | ) | |
| | ) | |
| WILLIAM R. ANDERSON | ) | |
| SSN: xxx-xx-2173 | ) | |
| Debtor | ) | |
| | ) | |
| CAB WEST LLC | ) | |
| Movant | ) | |
| v. | ) | |
| | ) | |
| JENNIFER L. ANDERSON | ) | |
| Debtor, | ) | |
| | ) | |
| WILLIAM R. ANDERSON | ) | |
| Debtor, and | ) | |
| | ) | |
| JANICE A. STEINLE | ) | |
| Chapter 7 Trustee | ) | |

**NOTICE OF HEARING OR PRELIMINARY HEARING**

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Automatic Stay, a copy of which is herewith served on you, has been filed with this Court. A hearing on the motion has been set for **Tuesday, November 18, 2008 at 1:30 p.m. in Courtroom B**, located at U.S. Customs House, 721 19th Street, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of Local Bankruptcy Rule 401. If you desire to oppose this motion, you are required to file with this Court and serve upon Elizabeth M. Keenen, attorney, whose address is KEENEN LAW, L.L.C., 3773 Cherry Creek North Drive, Suite 575, Denver,

Colorado 80209, a written response to the motion on or before five (5) court days prior to the date of the hearing.

If you fail to file a response, an order granting the relief requested will be granted without further notice to you.

DATED: October 24, 2008.

/s/ *Elizabeth M. Keenen*
Elizabeth M. Keenen, #32995
Keenen Law, L.L.C.
3773 Cherry Creek North Drive
Suite 575
Denver, Colorado 80209
720-350-4876

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF HEARING OR PRELIMINARY HEARING** and related **MOTION FOR RELIEF FROM AUTOMATIC STAY** were placed in the United States mail this 24th day of October, 2008, postage prepaid, duly addressed to the following:

| *Debtors' Attorney*<br>Thomas E. Kelley<br>P.O. Box 107<br>Winter Park, CO 80482 | *Debtor*<br>Jennifer L. Anderson<br>PO Box 593<br>Granby, CO 80446 |
|---|---|
| *Chapter 7 Trustee*<br>Janice A. Steinle<br>9249 S. Broadway<br>Ste. 200<br>PMB 505<br>Highlands Ranch, CO 80129 | *Debtor*<br>William R. Anderson<br>PO Box 593<br>Granby, CO 80446 |
| U.S. Trustee<br>999 18th St., Ste. 1551<br>Denver, CO 80202 | |

Please note, pursuant to the Fair Debt Collection Practices Act, you are advised this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

/s/ Elizabeth M. Keenen