UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                                               Bankr. Case No. 08-25446-HRT-7

WILLIAM R. ANDERSON & JENNIFER L. ANDERSON            Chapter 7

      Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Outsource hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                  Outsource
                  PO Box 183853
                  Arlington, TX  76096

                  Outsource

                By /s/ Alice Whitten_____

                  Alice Whitten
                  PO Box 183853
                  Arlington, TX  76096
                  877-203-5538
                  877-259-6417
                  Customer.service.bk@americredit.com
                  Bar ID: 00793029 TX

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on November 12, 2008 :

| | |
|---|---|
| THOMAS E KELLEY | JANICE A STEINLE |
| 1775 SHERMAN ST | 9249 S BROADWAY |
| WINTER PARK, CO  80482 | HIGHLANDS RANCH, CO  80129 |

                                                   By /s/ Alice Whitten_____
                                                      Alice Whitten

xxxxx85367 / 518880