UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                                          )
                                                                )
JENNIFER L. ANDERSON                          )   Case No. 08-25446-HRT
    SSN: xxx-xx-1893                                  )   Chapter 7
        Debtor, and                                       )
                                                                )
WILLIAM R. ANDERSON                          )
    SSN: xxx-xx-2173                                  )
        Debtor                                                )
                                                                )
CAB WEST LLC                                         )
        Movant                                              )
v.                                                                )
                                                                )
JENNIFER L. ANDERSON                          )
        Debtor,                                              )
                                                                )
WILLIAM R. ANDERSON                          )
        Debtor, and                                       )
                                                                )
JANICE A. STEINLE                                 )
        Chapter 7 Trustee                             )

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On October 24, 2008, CAB WEST LLC, Movant, filed a motion pursuant to Local Bankruptcy Rule 401 entitled MOTION FOR RELIEF FROM AUTOMATIC STAY. Movant hereby represents and shows the Court:

1. Service of the motion was timely made on all interested parties pursuant to L.B.R. 913 as is shown on the affidavit of service previously filed with the motion. See Docket No. 14.

2. Service of the notice was timely made on all creditors pursuant to L.B.R. 401(a)(3) as is shown on the certificate of service previously filed with the notice. See Docket No. 14.

3. A hearing on said motion is scheduled for November 18, 2008.

4. No objections to or requests for hearing on the motion were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted previously, granting the requested relief. See Docket No. 14.

DATED: November 14, 2008

/s/ Elizabeth M. Keenen

Elizabeth M. Keenen, #32995
Keenen Law, L.L.C.
3773 Cherry Creek N. Dr., Suite 575
Denver, Colorado 80209
720-350-4876

---

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated: _____                    _____
                                                  Signature of Deputy Clerk