UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JENNIFER L. ANDERSON<br>SSN: xxx-xx-1893<br>Debtor, and<br><br>WILLIAM R. ANDERSON<br>SSN: xxx-xx-2173<br>Debtor<br><br>CAB WEST LLC<br>Movant<br>v.<br><br>JENNIFER L. ANDERSON<br>Debtor,<br><br>WILLIAM R. ANDERSON<br>Debtor, and<br><br>JANICE A. STEINLE<br>Chapter 7 Trustee | Case No. 08-25446-HRT<br>Chapter 7 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

CAB WEST LLC ("Movant") has filed herein an application for relief from stay to foreclose on and/or take possession and control of property described as follows:

2006 MAZDA MAZDA6 (JM1GG12L461103691) (the "Vehicle").

The Court, being duly advised, hereby orders that the relief sought by the application should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and/or otherwise, and to foreclose on the collateral above described, or to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property).

Dated:   November 18, 2008    BY THE COURT:

_Howard Tallman_
HOWARD R. TALLMAN
UNITED STATES BANKRUPTCY COURT CHIEF
JUDGE