UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ANDERSON, WILLIAM R. | ) Bankruptcy Case No. |
| | ) |
| XXX-XX-2173 | ) 08-25446 HRT |
| ANDERSON, JENNIFER L. | ) |
| XXX-XX-1893 | ) |
| Debtor(s) | ) |

## STIPULATION REGARDING TAX RETURNS AND TAX REFUNDS

The Debtors agree to turn over **ON OR BEFORE APRIL 15, 2009**:

* ALL TAX REFUNDS RECEIVED FOR THE 2008 TAX YEAR, and any offset letters from IRS or State.
* A copy of the Federal tax return filed with the IRS for tax year 2008, plus all amendments or changes
* A copy of the State tax return filed with any State for tax year 2008, plus all amendments or changes
* A copy of all W-2's, 1099's, and all itemized Schedules also filed with the tax returns
* Any other tax year as required above, PLUS ALL REFUND CHECKS, for other years:

TO TRUSTEE, JANICE STEINLE:
 **PREFERRED METHOD:** By scan & E-mail: trusteesteinle@comcast.net
 By mail: 9249 S. Broadway, #200, PMB 505, Highlands Ranch, CO 80129
 By fax: 303-794-0902

* **DEBTORS UNDERSTAND THAT THEY CANNOT CASH OR SPEND THE TAX REFUNDS.** When the bankruptcy case was filed, the refunds became an asset of the bankruptcy estate, and no longer belong to the Debtors. This applies only for tax refunds owed to Debtors, but not yet received, for tax years 2008 and earlier.

* **DEBTORS UNDERSTAND THAT ALL TAX REFUNDS ARE PROPERTY OF THE BANKRUPTCY ESTATE** and must be given to Trustee within three (3) days after such refund is received. The Debtors also agree and understand that if the Trustee receives the full refund from the IRS regardless of EIC or CTC, she may apply the non-exempt portion of the refund exceeding the estate's prorated share to satisfy any agreed upon amount of the estate's interest in any other non-exempt property owing on the case. Any excess will be returned to the Debtors. If Debtors don't comply with this, they may jeopardize their discharge.

* **DEBTORS ARE REQUIRED AND AGREE TO MAIL FIRST CLASS POSTAGE TO TRUSTEE, JANICE STEINLE, ALL TAX REFUND CHECKS** from the IRS and the State immediately when received. If the refund is deposited into Debtors' bank account, Debtor shall send a check for the amount of the refund immediately after the refund deposits to the account, and a copy of the bank statement showing the deposit as soon as available.

* The Debtors agree that the Trustee shall be entitled to ask for copies of tax returns and obtain tax refund checks from the Internal Revenue Service, the Colorado Department of Revenue, or any other taxing authority, and that the Trustee shall be considered to be an authorized representative of the Debtors under C.R.S. 39-21-113 (4)(b) only for purposes of obtaining a copy of a tax return or a tax refund check, but for no other purposes. This applies only to 2008 and earlier years.

* The Debtors authorize the Trustee to request of the IRS and Colorado (and other States (if appropriate) that any refund check for 2008 (and any refunds for earlier years not received by Debtors before their bankruptcy case was filed) be sent directly to the Trustee. When the Trustee receives the refund, she will apply it to what is owed for this case and any surplus will be returned to the Debtors.

Dated: *11/06/08*

_____        _____
ANDERSON, WILLIAM R.              THOMAS E KELLEY

_____
ANDERSON, WILLIAM R.
       Jennifer L.

Debtor Telephone: _____
                                  Trustee Janice A. Steinle, #16222
                                  Telephone: (303) 794-8034
Email: jennbillhaus@q.com          Email: trusteesteinle@comcast.net
                                  Email: trusteesteinle@comcast.net