## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re:<br>ANDERSON, WILLIAM R.<br>SSN: XXX-XX-2173<br>ANDERSON, JENNIFER L.<br>SSN: XXX-XX-1893<br>            Debtor(s) | )<br>) Case No. 08-25446 HRT<br>)<br>) Chapter 7 Case<br>)<br>) |

## ORDER APPROVING STIPULATION
## FOR TURNOVER OF PROPERTY OF THE ESTATE

Upon filing of the Trustee's Stipulation with Debtor(s) for turnover by the Debtor(s) of property of the estate, and the Court having now reviewed the terms of the Stipulation,

IT IS HEREBY ORDERED that the Stipulation entered into under date of 11/06/08 in which Debtor(s) agreed to turnover the documents to Trustee as outlined in the Stipulation to Turnover no later than the deadline set forth in the Stipulation is hereby approved.

DATED: _Nov. 21, 2008_

BY THE COURT:

_Howard Tallman_
_____
United States Bankruptcy Judge