AMERICREDIT
P. O. BOX 183853
ARLINGTON, TX 76096
(877) 203-5538

IN THE UNITED STATES BANKRUPTCY COURT
District of Colorado (Denver)

IN RE: § § CASE NO. 08-25446-HRT-7
§
William R. Anderson § CHAPTER 7
Jennifer L. Anderson §
§
DEBTOR(S) §

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

COMES NOW, AmeriCredit, a creditor herein, and files this Withdrawal of Notice of Appearance filed in the above-styled and numbered case on 11/12/08.

Respectfully submitted,

/s/ Alice Whitten
Alice Whitten
P.O. Box 183853
Arlington, TX 76096
(877) 203-5538

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Notice of Withdrawal was forwarded to all parties of interest as listed below via First Class, U.S. Mail, postage prepaid or CM-ECF on this 11/20/08.

/s/ Alice Whitten
Alice Whitten

William R. Anderson
PO Box 593
Granby, CO 80446

Jennifer L. Anderson
PO Box 593
Granby, CO 80446

Thomas E. Kelley
P.O. Box 107
Winter Park, CO 80482

Janice A. Steinle
9249 S. Broadway
Ste. 200
PMB 505
Highlands Ranch, CO 80129

US Trustee, 7
999 18th St.
Ste. 1551
Denver, CO 80202