UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                                                                          Bankr. Case No. 08-25446-HRT-7

WILLIAM R. ANDERSON & JENNIFER L. ANDERSON                                Chapter 7
     Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

     AmeriCredit Financial Services, Inc.
     PO Box 183853
     Arlington, TX  76096

AmeriCredit Financial Services, Inc.

By  /s/  Alice Whitten _____

Alice Whitten
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@americredit.com
Bar ID: 00793029 TX

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 8, 2008 :

| | |
|---|---|
| THOMAS E KELLEY<br>1775 SHERMAN ST<br>WINTER PARK, CO  80482 | JANICE A STEINLE<br>9249 S BROADWAY<br>HIGHLANDS RANCH, CO  80129 |

By  /s/  Alice Whitten _____
    Alice Whitten

xxxxx85367 / 518880