**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| William R. Anderson ) | Case No. 08-25446 HRT |
| SSN: xxx-xx-2173 ) | Chapter 7 |
| Jennifer L. Anderson, ) | |
| SSN: xxx-xx-1893 ) | |
| ) | |
| Debtors. ) | |

NOTICE PURSUANT TO L.B.R. 202 OF UNITED STATES TRUSTEE'S
MOTION TO DISMISS DEBTORS' CASE UNDER 11 U.S.C. §707(b)(1)AND §707(b)(2) OR
(b)(3)

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the United States Trustee has applied to this Court for an order dismissing this case pursuant to 11 U.S.C. §707(b)(1) based upon the following grounds:

- The Debtors' request for relief is an abuse of the provisions of Chapter 7 of the United States Bankruptcy Code.

A copy of that Motion is available for inspection in the Bankruptcy Court Clerk's Office, 721 19th Street, Denver, Colorado 80202, or upon request from the undersigned attorney.

Pursuant to Rule 202 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action you must file a written objection and request for a hearing with the Court on or before **January 9, 2009,** and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

Dated:  December 10, 2008.          Respectfully submitted,

CHARLES F. McVAY
UNITED STATES TRUSTEE
**/s/ Leo M. Weiss**
By: Leo M. Weiss, #15294
Trial Attorney
999 18th Street, Suite 1551
Denver, CO 80202
(303) 312-7244
(303) 312-7259 fax
Leo.M.Weiss@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS CHAPTER 7 CASE UNDER 11 U.S.C. § 707(b)(1),(2) and (3)** and **L.B.R. 202 NOTICE** were mailed, postage prepaid, at the date set forth below to the following individuals.

Dated: December 10, 2008.

Jennifer L. Anderson
William R. Anderson
PO Box 593
Granby, CO 80446

Thomas E. Kelley
P.O. Box 107
Winter Park, CO 80482

Janice Steinle
9249 S. Broadway, #200
Highlands Ranch, CO 80129


                                              /s/ Bev Smith
                                              Office of the United States Trustee