# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

IN RE: )
)
WILLIAM R. ANDERSON )
SSN: xxx-xx-2173 ) **Case No. 08-25446 HRT**
) Chapter 7
)
JENNIFER L. ANDERSON )
SSN: xxx-xx-1893 )
)
DEBTORS. )

## RESPONSE TO UNITED STATES TRUSTEE'S
## MOTION TO DISMISS DEBTORS' CASE

Debtors assert that their Chapter 7 case should not be dismissed for the following reasons:

As of December 29, 2008, Jennifer Anderson and William Anderson had both been laid off of their jobs, and have not yet found re-employment. As a result the Debtors' income is less than the median income of a family of four residing in Grand County, Colorado. We have recalculated the Form 22A to show that the presumption does not arise.

Further, the parties should be allowed to include the dental expenses of one of their children, which is $250.00 per month. This would decrease the sixty month of excess income as shown on line 31 by $15,000.00.

The other expenses asserted by Debtors as shown on lines 25 and 34 should be allowed since the cost of living in a ski town such as Winter Park is substantially more expensive than living in the City.

Although the Court could interpret Form 22A to be effective as of the date of filing the bankruptcy petition, it would be inequitable in that in today's economy, it is unlikely that Jennifer Anderson or William Anderson could find a comparable job. This would result in their having to file for bankruptcy again thereby wasting the debtors' money and the court's time.

In today's economy, it in not equitable to use a six month average to determine monthly income. With the economic recession in the United States, many people will need to file for bankruptcy protection even though they had substantial income in the prior six months. To fail to allow these types of people to file based on recent changes in income will create financial hardships from which there us no escape.

In the event the Court does not feel that an equitable remedy is appropriate, Debtors request that they be allowed to re-file this action at such time as their Annualized Current Monthly Income falls below the Applicable Median Family Income.

A revised Form 22A is attached.

*/s/ Kelley*

Respectfully submitted,

Thomas E. Kelley
Attorney for Debtors
PO Box 107
Winter Park, CO 80482
Telephone 980-887-9435
Fax: 970-887-8937

## CERTIFICATE OF MAILING

I CERTIFY THAT THE FOREGOING Reply was sent by US First Class Mail this 5th day of January, 2009, to the following:

US Trustee
999 18th Street
Suite 1551
Denver CO 80202

Clerk of Bankruptcy Court
721 19th Street
Denver, CO 80202

Janice Steinly
9249 S. Broadway, #200
Highlands Ranch, CO 80129

*/s/ Kelley*