# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| William R. Anderson | ) | Case No. 08-25446 HRT |
| SSN: xxx-xx-2173 | ) | Chapter 7 |
| | ) | |
| Jennifer L. Anderson, | ) | |
| SSN: xxx-xx-1893 | ) | |
| | ) | |
| Debtors. | ) | |

_____

## MOTION TO WITHDRAW MOTION TO DISMISS DEBTORS' CASE
## UNDER 11 U.S.C. §707(b)(1) AND §707(b)(2) or (b)(3)
_____

The United States Trustee ("UST") for Region 19, by and through his undersigned counsel, moves the Court permit him to withdraw his motion to dismiss this case under 11 U.S.C. § 707(b)(1) and § 707(b)(2) or (b)(3). In support of the Withdrawal of is Motion to Dismiss the UST respectfully states and alleges as follows:

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O). The United States Trustee's Motion to Dismiss was filed pursuant to 11 U.S.C. § 707(b)(1).

2. William R. Anderson and Jennifer L. Anderson, ("Debtors"), filed their voluntary petition for relief under Chapter 7 of Title 11, United States Code, on October 2, 2008.

3. The Debtors seek to discharge primarily consumer debts. *See*, Petition, Nature of Debts.

4. The Debtors also filed their Statement of Financial Affairs, Schedules, Statement of Current Monthly Income and Means Test Calculation ("Form 22A"), Statement of Intent, and Certificates of Credit Counseling on October 2, 2008.

5. The Debtors' 11 U.S.C. § 341 First Meeting of Creditors was conducted and concluded on November 6, 2008.

6. Both debtors were laid off after the meeting of creditors in this case. The Debtors reside in Grand County, Colorado and have been unable to obtain new employment in Grand County or surrounding areas.

7. The Debtors do not now have disposable income with which to fund a Chapter 13 plan. Cause therefore exists for the withdrawal of the UST's motion to dismiss.

     WHEREFORE, the United States Trustee respectfully requests that the Court allow him to withdraw his motion, under 11 U.S.C. § 707(b)(1) and § 707(b)(2) or (b)(3) to dismiss this case, and grant such other and further relief to which the United States Trustee may justly be entitled.

Dated: January 14, 2009.

                                      Respectfully submitted,
                                      CHARLES F. McVAY
                                      UNITED STATES TRUSTEE

                                      /s/ Leo M. Weiss
                                      By: Leo M. Weiss, #15294
                                      Trial Attorney for the U.S. Trustee
                                      999 18th Street, Suite 1551
                                      Denver, Colorado 80202
                                      (303) 312-7244 telephone
                                      (303) 312-7259 facsimile
                                      Leo.M.Weiss@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **UNITED STATES TRUSTEE'S MOTION TO WITHDRAW HIS MOTION TO DISMISS CHAPTER 7 CASE UNDER 11 U.S.C. § 707(b)(1) AND (b)(2) OR (b)(3)** was mailed, postage prepaid, at the date set forth below to the following individuals.

Dated: January 14, 2009.

Jennifer L. Anderson
William R. Anderson
PO Box 593
Granby, CO 80446

Thomas E. Kelley
P.O. Box 107
Winter Park, CO 80482

Janice Steinle
9249 S. Broadway, #200
Highlands Ranch, CO 80129

/s/ Bev Smith
Office of the United States Trustee