# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| William R. Anderson | ) | Case No. 08-25446 HRT |
| SSN: xxx-xx-2173 | ) | Chapter 7 |
| | ) | |
| Jennifer L. Anderson, | ) | |
| SSN: xxx-xx-1893 | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO WITHDRAW MOTION TO DISMISS DEBTORS' CASE UNDER 11 U.S.C. §707(b)(1) AND §707(b)(2) or (b)(3)**

For good cause shown:

**IT IS ORDERED THAT** the United States Trustee's Motion is **GRANTED** and his motion to dismiss is deemed withdrawn and `all proceedings set thereon VACATED.`

DATED:  January 15, 2009

By the Court:

_____
Howard R. Tallman,
Chief United States Bankruptcy Judge