FILED
BRADFORD L. BOLTON
CLERK

2009 MAY -4 AM 10:06

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Certificate Number: 03236-CO-DE-005962182

Bankruptcy Case Number: 08-25446

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 23, 2009, at 3:46 o'clock PM MST, William R. Anderson completed a course on personal financial management given by internet by All About Bankruptcy & Credit, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: January 26, 2009

By /s/Cheri Stevens

Name Cheri Stevens

Title Counselor

FILED
BRADFORD L. BOLTON
CLERK

2009 MAY -4 AM 10:06

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Certificate Number: 03236-CO-DE-005962336

Bankruptcy Case Number: 08-25446  HRT

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 23, 2009, at 1:40 o'clock PM MST,

Jennifer L. Anderson completed a course on personal financial

management given by internet by

All About Bankruptcy & Credit,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the District of Colorado.


Date: January 26, 2009        By      /s/Cheri Stevens

                              Name    Cheri Stevens

                              Title   Counselor