Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. **08–25446–HRT**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William R. Anderson | Jennifer L. Anderson |
| aka(s), if any will be listed on the last page. | aka(s), if any will be listed on the last page. |
| PO Box 593 | PO Box 593 |
| Granby, CO 80446 | Granby, CO 80446 |

Social Security No.:
   xxx–xx–2173                                                             xxx–xx–1893

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: 5/11/09                                                  s/ Howard R. Tallman
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

No Aliases for Debtor

**Joint Debtor aka(s):**

No Aliases for Joint Debtor

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: odenbachd           Page 1 of 1            Date Rcvd: May 11, 2009
Case: 08-25446                Form ID: 177              Total Served: 19

The following entities were served by first class mail on May 13, 2009.
db/db      +William R. Anderson,   Jennifer L. Anderson,   PO Box 593,   Granby, CO 80446-0593
aty        +Thomas E. Kelley,   P.O. Box 107,   Winter Park, CO 80482-0107
tr         +Janice A. Steinle,   9249 S. Broadway,   Ste. 200,   PMB 505,   Highlands Ranch, CO 80129-5692
10351629   +ANDREW GIRARDOT, DDS.,   4380 SO. SYRACUSE CIRCLE, SUITE 501,   Denver, CO 80237-2628
10351631   ++BELLCO CREDIT UNION,   P O BOX 6611,   GREENWOOD VILLAGE CO,   80155-6611
             (address filed with court: BELLCO VISA,   PO BOX 8003,   Arvada, CO 80001-8003)
10351634    HOME DEPOT CREDIT SERVICES,   PO BOX 6028,   The Lakes, NV 88901-6028
10351636   +INDEPENDANT PROPANE,   PO BOX 15,   Granby, CO 80446-0015
10351637    M.J. HECKER & ASSOCIATES, LLC,   PO BOX 12005,   Denver, CO 80212-0005
10369467    Mazda American Credit,   P O Box 553179,   Detroit MI  48255-3179
10351639    PROFESSIONAL FINANCE,   PO BOX 1686,   Greeley, CO 80632-1686
10351640    THE BANK OF DENVER,   PO BOX 5081,   Denver, CO 80217-5081

The following entities were served by electronic transmission on May 12, 2009.
tr         +EDI: QJASTEINLE.COM May 11 2009 21:08:00      Janice A. Steinle,   9249 S. Broadway,   Ste. 200,
             PMB 505,   Highlands Ranch, CO 80129-5692
10351627    E-mail/Text: SKIPTRACE@ADVANTAGESYS.COM                            ADVANTAGE NETWORK SYSTEMS,
             PO BOX 1180,   Grand Junction, CO 81502-1180
10351628    EDI: PHINAMERI.COM May 11 2009 21:08:00      AMERICREDIT,   PO BOX 78143,   Phoenix, AZ 85062-8143
10382253   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 12 2009 05:51:58
             Ascension Capital Group, Inc.,   AmeriCredit Financial Services Dept,   P.O. Box 201347,
             Arlington, TX 76006-1347
10351630    E-mail/Text: KHAINES@BELLCO.ORG                            BELLCO CREDIT UNION,   PO BOX 6611,
             Englewood, CO 80155-6611
10351632    EDI: CAPITALONE.COM May 11 2009 21:08:00      CAPITAL ONE BANK,   PO BOX 60024,
             City Of Industry, CA 91716-0024
10351633    EDI: DISCOVER.COM May 11 2009 21:08:00      DISCOVER CARD,   PO BOX 30395,
             Salt Lake City, UT 84130-0395
10351635    EDI: HFC.COM May 11 2009 21:08:00      HOUSEHOLD BANK,   PO BOX 60102,
             City Of Industry, CA 91716-0102
10351638    EDI: FORD.COM May 11 2009 21:08:00      MAZDA AMERICAN CREDIT,   DEPARTMENT #193901,
             PO BOX 55000,   Detroit, MI 48255-1939
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit.
cr              Cab West LLC
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2009**             Signature:    _/s/ Joseph Speetjens_