(COB Form nopd.jsp #152)(12/03)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| William R. Anderson and Jennifer L. Anderson<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>xxx−xx−2173<br>Joint Debtor SSN/Tax Id Nos.:<br>xxx−xx−1893 | Case Number.: 08−25446−HRT<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 10/16/09 .

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 10/16/09 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
> Clerk of the Bankruptcy Court
> U.S. Custom House
> 721 19th Street
> Denver, Colorado 80202−2508

THE REVERSE OF THIS NOTICE IS A CLAIM AND MAY BE USED FOR FILING THE CLAIM HEREIN. CREDITORS WHO HAVE PREVIOUSLY FILED CLAIMS NEED NOT FILE AGAIN.

| | |
|---|---|
| Dated: 7/14/09 | s/ Janice A. Steinle<br>9249 S. Broadway<br>Ste. 200<br>PMB 505<br>Highlands Ranch, CO 80129 |

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor