UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                              )
   ANDERSON, WILLIAM R.           )
   ANDERSON, JENNIFER L.          )   Case No. 08-25446-HRT
                                                    )
       Debtor(s).                 )   Chapter 7
                                                    )

TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

     The Trustee of the above referenced estate applies for an order pursuant to 11 U.S.C. §330(a) and § 503(b), allowing for compensation and expenses as itemized in Exhibit A (attached).

     The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of her duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

     There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

     WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

     DATED:   February 1, 2010          /s/ Janice A. Steinle
                                                      Trustee in Bankruptcy

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:  )
ANDERSON, WILLIAM R.  )
XXX-XX-2173  )   Case No. 08-25446-HRT
ANDERSON, JENNIFER L.  )   Chapter 7
XXX-XX-1893  )
           Debtor(s)  )

Computation of Compensation for Cases Filed After October 22, 1994

| | | | |
|---|---:|---|---:|
| Total Proceeds of Estate: | $1,538.88 | | |
| Less Amounts Returned to Debtor | $0.00 | | |
| Less Non-Estate Funds Paid to Third Parties | $0.00 | | |
| Balance to be Disbursed | $1,538.88 | 25% of first $5,000 or less ($1,250 Maximum) | $384.72 |
| Less | -5,000.00 | | |
| Balance: | $0.00 | 10% of next $45,000 or less ($4,500 Maximum) | $0.00 |
| Less | -45,000.00 | | |
| Balance: | $0.00 | 5% of next $950,000 or less ($47,500 Maximum) | $0.00 |
| Less | -950,000.00 | | |
| Balance: | $0.00 | 3% of balance | $0.00 |
| | | MAXIMUM COMPENSATION (11 U.S.C. Sec. 326) | $384.72 |
| | | COMPENSATION REQUESTED | $384.72 |
| | | LESS: COURT-APPROVED COMPENSATION PREVIOUSLY PAID | (0.00) |
| | | BALANCE REQUESTED | $384.72* |

The Trustee has expended 0.00 hours in the performance of her duties in this estate. A detailed accounting of the Trustee's time (check one) ____ is attached ____ is available upon request.

*The balance of funds are being maintained in an interest-bearing account. The additional interest earned will increase the funds available for distribution. The Trustee requests additional compensation, calculated according to §326, on the increase in funds distributed.

Trustee Expenses

| | | |
|---|---|---:|
| Fax | $ | 1.00 |
| Final Account Report Copies | $ | 3.00 |
| Final Distribution Expenses | $ | 8.00 |
| Final Report Bank Statements | $ | 1.75 |
| Final Report Copies | $ | 3.00 |
| Final Report Notice Expense | $ | 25.00 |
| Final Storage | $ | 5.00 |
| Photocopy Expense | $ | 1.75 |
| Postage | $ | 1.32 |
| TOTAL EXPENSES REQUESTED | $ | 49.82 |
| LESS: COURT APPROVED EXPENSES PREVIOUSLY PAID | | 0.00 |
| LESS: PREMIUM ON TRUSTEE'S BOND PREVIOUSLY PAID | | 0.00 |
| BALANCE REQUESTED | $ | 49.82 |