**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
|    ANDERSON, WILLIAM R. | ) | Case No. 08-25446-HRT |
|    ANDERSON, JENNIFER L. | ) | |
|       Debtor | ) | Chapter 7 |

**CERTIFICATE OF NON-CONTESTED MATTER**
**AND REQUEST FOR ENTRY OF ORDER**

On March 1, 2010, Janice A. Steinle, Chapter 7 Trustee for the above—caption bankruptcy case, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Chapter 7 Trustee's Final Report and Application for Compensation. Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on March 2, 2010.

2. The docket numbers for each of the following relevant documents are:
   a. The motion and all documents are attached thereto and served therewith (Docket No. 44 & 45);
   b. the notice (Docket No. 46);
   c. the certificate of service of the motion and the notice (Docket No. 47);
   d. the proposed order (Docket No. 45); and

3. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated:  March 31, 2010                    /s/ Janice A. Steinle
                                          Janice A. Steinle
                                          Chapter 7 Trustee
                                          P.M.B.  505
                                          9249 So. Broadway, #200
                                          Highlands Ranch, CO  80129-5692
                                          Phone: (303) 794-8034
                                          Fax:    (303) 794-0902