(COB #228New voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Howard R. Tallman

In re:

    William R. Anderson
    Jennifer L. Anderson

Debtor(s)

Case No.:   08−25446−HRT
Chapter:    7

SSN/TID Nos.   xxx−xx−2173
    xxx−xx−1893

## ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated:  4/2/10

BY THE COURT:
s/ Howard R. Tallman
Chief United States Bankruptcy Judge